UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FLEXTRONICS DA AMAZONIA LTDA., *et al.*,

                                Plaintiffs,

           -against-

CRW PLASTICS USA, INC.,

                                Defendant.
------------------------------------------------------------------X

**ORDER**

**21-cv-3863 (LLS) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Louis L. Stanton referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiffs against Defendant CRW Plastics USA, Inc. Dkt. No. 32.

      Accordingly, IT IS HEREBY ORDERED that, on or before **May 17, 2024**, the Plaintiffs shall prepare and file, with the Court an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiffs must serve these documents on Defendant, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **May 31, 2024**, the Defendant shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiffs.

      The Plaintiffs shall serve the Defendant with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:      April 25, 2024
            New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge