USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLEXTRONICS DA AMAZÔNIA LTDA.,
FLEXTRONICS TECNOLOGIA DO BRASIL
LTD., and FLEXTRONICS INDUSTRIES
SINGAPORE LTD.,

                    Plaintiffs,

    v.

CRW PLASTICS USA, INC.,

                    Defendants.

21 Civ. 3863 (LLS)

ORDER

Having independently reviewed the December 12, 2025 Report and Recommendation of the Honorable Jennifer E. Willis, United States Magistrate Judge, and there having been no objections, I approve and adopt her conclusions and recommendations.

The Clerk will enter judgment in favor of plaintiffs in the amount of BRL 32,231,879.25 in compensatory damages plus pre-judgment interest at the rate of 9% per annum from October 1, 2019 to the date of entry of judgment, and $220,215.78 in attorneys' fees and costs.

So ordered.

Dated:   New York, New York
         February 2, 2026

                           Louis L. Stanton
                           LOUIS L. STANTON
                           U.S.D.J.