**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FLEXTRONICS DA AMAZONIA LTDA.,
FLEXTRONICS TECNOLOGIA DO BRASIL
LTD., and FLEXTRONICS INDUSTRIES
SINGAPORE LTD.,

|  |  |
|---|---|
| Plaintiffs, | 21 **CIVIL** 3863 (LLS) (JW) |
| -against- | **JUDGMENT** |

CRW PLASTICS USA, INC.,

                                   Defendant.
------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated February 2, 2026, the Court adopts the Report &

Recommendation in its entirety. Judgment is hereby entered in favor of plaintiffs in the amount

of BRL 32,231,879.25 in compensatory damages plus prejudgment interest at the rate of 9% per

annum from October 1, 2019 to the date of entry of judgment in the amount of $18,430,453.47,

and $220,215.78 in attorneys' fees and costs.

**Dated:**  New York, New York
        February 5, 2026


                                        TAMMI M. HELLWIG
                                        _____
                                        Clerk of Court

                              BY: _____
                                        Deputy Clerk